FILED

DEC 0 2 2013

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 13-52-BLG-SEH |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| TYE DUSTIN ALBRIGHT, | |
| Defendant. | |

In accordance with the Findings and Recommendations Concerning Plea[1] of United States Magistrate Judge Carolyn S. Ostby, to which there has been no objection, and subject to this Court's consideration of the Plea Agreement under Fed. R. Crim. P. 11(c)(3), the plea of guilty of the Defendant to Count I of the Superseding Information is hereby accepted. Defendant is adjudged guilty. All

---

[1] Doc. 37.

parties shall appear before this Court for sentencing as previously directed by Magistrate Ostby's November 15, 2013, Order.[2]

DATED this 2mel day of December, 2013.

/s/ Sam E. Haddon

SAM E. HADDON

United States District Judge

---

[2] Doc. 38.